ORIGINAL

FILED

08/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0178

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0178

CITY OF KALISPELL,

    Plaintiff and Appellee,

v.

GORDON THOMAS LEWIS ZUNDEL,

    Defendant and Appellant.

FILED

AUG 0 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Gordon Thomas Lewis Zundel appeals the Eleventh Judicial District Court's Order on Appeal in Flathead County Case No. DC-20-378(B). Zundel argues that the District Court erred by ruling that the Kalispell Municipal Court advised Zundel of his right to counsel and to court-appointed counsel where Zundel had no counsel present at any stage of his city court action—which resulted in Zundel being sentenced to 180 days of incarceration—and that the record does not demonstrate that Zundel voluntarily, knowingly, intelligently, and unequivocally waived his right to counsel.

The State has filed a Notice of Concession that the District Court's order should be reversed, and this matter should be remanded to the Kalispell Municipal Court for a new trial with Zundel either having counsel or knowingly and voluntarily waiving his right to counsel on the record. Without agreeing with all of the arguments Zundel has raised, the State agrees that in this case the record is insufficient to determine whether the Kalispell Municipal Court conducted a sufficient inquiry to establish that Zundel voluntarily, knowingly, intelligently, and unequivocally waived his right to counsel.

Based on Zundel's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that the Order on Appeal of the Eleventh Judicial District Court, Flathead County, in its Case No. DC-20-378(B) is REVERSED, and the District Court is directed to remand the case to the Municipal Court for further proceedings.

The Clerk is directed to provide copies of this Order to all counsel of record, to the Kalispell Municipal Court, to the Clerk of the Flathead County District Court, and to presiding judge Honorable Robert B. Allison.

Dated this 9ᵗʰ day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices